**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: KOCENT, MICHAEL Z | § Case No. 08-71439 |
| KOCENT, JUDITH A | § |
| | § |
| Debtor(s) | § |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on May 07, 2008. The undersigned trustee was appointed on July 21, 2008.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of         $         182,168.95

   Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 70,315.48 |
| Administrative expenses | 18,777.03 |
| Bank service fees | 1,022.67 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 30,000.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1] $ | 62,053.77 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

      6. The deadline for filing non-governmental claims in this case was 10/19/2008 and the deadline for filing governmental claims was 11/03/2008. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7. The Trustee's proposed distribution is attached as **Exhibit D**.

      8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $10,763.45. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $0.00 as interim compensation and now requests the sum of $10,763.45, for a total compensation of $10,763.45.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $689.68, for total expenses of $689.68.[2]

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/26/2012      By:/s/JOSEPH D. OLSEN
                             Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 08-71439  
**Case Name:** KOCENT, MICHAEL Z  
    KOCENT, JUDITH A  
**Period Ending:** 10/26/12

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 05/07/08 (f)  
**§341(a) Meeting Date:** 07/03/08  
**Claims Bar Date:** 10/19/08

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 1 acre vacant property located in Deming, | 600.00 | 0.00 | DA | 0.00 | FA |
| 2 | Residence: 5506 Agatha Ln., McHenry, | 180,000.00 | 68,000.00 | | 151,500.00 | FA |
| 3 | Cash on hand | 10.00 | 0.00 | DA | 0.00 | FA |
| 4 | Checking account with Fifth Third Bank in Fox La | 400.00 | 0.00 | DA | 0.00 | FA |
| 5 | Checking account with Harvard State Bank | 300.00 | 0.00 | DA | 0.00 | FA |
| 6 | Miscellaneous | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 7 | Miscellaneous baseball cards | 200.00 | 0.00 | DA | 0.00 | FA |
| 8 | Clothing | 400.00 | 0.00 | DA | 0.00 | FA |
| 9 | Camera | 150.00 | 0.00 | DA | 0.00 | FA |
| 10 | American Family: Face amount $15,000.00 | 416.00 | 0.00 | DA | 0.00 | FA |
| 11 | 2002 PI settlement from car accident $5,000.00/y | 47,668.00 | 45,428.00 | | 30,628.00 | FA |
| 12 | 401K through Edward Jones | 6,955.00 | 0.00 | DA | 0.00 | FA |
| 13 | 401K through Edward Jones | 17,304.00 | 0.00 | DA | 0.00 | FA |
| 14 | 100 shares (100%) of stock in MRJC Enterprises, | 0.00 | 0.00 | DA | 0.00 | FA |
| 15 | 1992 Plymouth Voyager | 400.00 | 0.00 | DA | 0.00 | FA |
| 16 | 1998 Cadillac (127,000 miles) | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 17 | 1999 Ford Taurus | 500.00 | 0.00 | DA | 0.00 | FA |
| 18 | 2003 Dutchman 26' Camper (towed-hard body). | 7,000.00 | 0.00 | DA | 0.00 | FA |
| 19 | 2004 Dodge Dakota (75,000 miles) | 4,800.00 | 0.00 | DA | 0.00 | FA |
| 20 | PC | 400.00 | 0.00 | DA | 0.00 | FA |
| 21 | Time share in Lake Geneva 1 wk/yr (amount unknow | 0.00 | Unknown | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 40.95 | Unknown |
| 22 | Assets Totals (Excluding unknown values) | **$270,503.00** | **$113,428.00** | | **$182,168.95** | **$0.00** |

**Major Activities Affecting Case Closing:**

    Trustee has administered (2) assets, one being the sale of the homestead which has been completed and the other is a structured settlement whose payments extend out to the year 2012. All the proof of claims have been reviewed. Just waiting for the disposition of the structured settlement portion of the case. Trustee has a stipulation pending approval of the payor on structured settlement.

Printed: 10/26/2012 09:59 AM     V.13.04

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 08-71439
**Case Name:** KOCENT, MICHAEL Z
KOCENT, JUDITH A
**Period Ending:** 10/26/12

**Trustee:** (330400)   JOSEPH D. OLSEN
**Filed (f) or Converted (c):** 05/07/08 (f)
**§341(a) Meeting Date:** 07/03/08
**Claims Bar Date:** 10/19/08

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** June 30, 2009      **Current Projected Date Of Final Report (TFR):** December 31, 2012

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 08-71439 | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | KOCENT, MICHAEL Z | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | KOCENT, JUDITH A | | Account: | \*\*\*-\*\*\*\*\*67-65 - Money Market Account |
| Taxpayer ID #: | \*\*-\*\*\*4438 | | Blanket Bond: | $820,095.60   (per case limit) |
| Period Ending: | 10/26/12 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 10/08/08 | | Chicago Title & Trust Company | Proceeds of sale of residence | | | 34,433.17 | | 34,433.17 |
| | {2} | | | 151,500.00 | 1110-000 | | | 34,433.17 |
| | | | commission | -6,272.00 | 3510-000 | | | 34,433.17 |
| | | | Loan Fee | -551.93 | 2990-000 | | | 34,433.17 |
| | | | Appraisal fee | -65.00 | 2990-000 | | | 34,433.17 |
| | | | | -495.00 | 2500-000 | | | 34,433.17 |
| | | | Tax service fee | -90.00 | 2500-000 | | | 34,433.17 |
| | | | Flood check fee | -26.00 | 2500-000 | | | 34,433.17 |
| | | | Closing fee | -287.07 | 2500-000 | | | 34,433.17 |
| | | | Title Insurance | -1,070.00 | 2500-000 | | | 34,433.17 |
| | | | Express delivery of documents | -50.00 | 2500-000 | | | 34,433.17 |
| | | | Tax payment fee | -100.00 | 2500-000 | | | 34,433.17 |
| | | | recording fee | -43.00 | 2500-000 | | | 34,433.17 |
| | | | County taxes | -75.75 | 4700-000 | | | 34,433.17 |
| | | | State tax | -151.50 | 4700-000 | | | 34,433.17 |
| | | | Survey | -450.00 | 2500-000 | | | 34,433.17 |
| | | | Sass Electric | -709.20 | 2990-000 | | | 34,433.17 |
| | | | Plumbing & heating charges | -292.15 | 2990-000 | | | 34,433.17 |
| | | | Septic inspection | -310.00 | 2990-000 | | | 34,433.17 |
| | | | 07 taxes | -2,749.33 | 4700-000 | | | 34,433.17 |
| | | | Homestead exemption | -30,000.00 | 8100-002 | | | 34,433.17 |
| | | | Fee for DPA | -4,940.00 | 2500-000 | | | 34,433.17 |
| | | | First mortgage - Harvard State Bank | -17,381.57 | 4110-000 | | | 34,433.17 |
| | | | Second mortgage - Chase | -47,805.92 | 4110-000 | | | 34,433.17 |
| | | | 1/1/08 - 9/30/08 county taxes | -2,151.41 | 4700-000 | | | 34,433.17 |
| | | | earnest money - retained by broker | -1,000.00 | 3510-000 | | | 34,433.17 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | | 1270-000 | 2.48 | | 34,435.65 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | | 1270-000 | 2.70 | | 34,438.35 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 2.44 | | 34,440.79 |
| 01/27/09 | | To Account #\*\*\*\*\*\*\*\*6766 | Per Ct. Order of 1/21 - re: reimbursement to Debtors for rent | | 9999-000 | | 1,900.00 | 32,540.79 |

Subtotals :        $34,440.79        $1,900.00

{} Asset reference(s)

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 08-71439
**Case Name:** KOCENT, MICHAEL Z
KOCENT, JUDITH A
**Taxpayer ID #:** **-***4438
**Period Ending:** 10/26/12

**Trustee:** JOSEPH D. OLSEN (330400)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****67-65 - Money Market Account
**Blanket Bond:** $820,095.60  (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.39 | | 32,542.18 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.23 | | 32,543.41 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.41 | | 32,544.82 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.32 | | 32,546.14 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.28 | | 32,547.42 |
| 06/05/09 | | To Account #********6766 | Bond premium pymt | 9999-000 | | 25.88 | 32,521.54 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.41 | | 32,522.95 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.37 | | 32,524.32 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.37 | | 32,525.69 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.32 | | 32,527.01 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.32 | | 32,528.33 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.37 | | 32,529.70 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.37 | | 32,531.07 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.28 | | 32,532.35 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.23 | | 32,533.58 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.46 | | 32,535.04 |
| 04/20/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.84 | | 32,535.88 |
| 04/20/10 | | Wire out to BNYM account 9200******6765 | Wire out to BNYM account 9200******6765 | 9999-000 | -32,535.88 | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 1,925.88 | 1,925.88 | $0.00 |
| | | | Less: Bank Transfers | | -32,535.88 | 1,925.88 | |
| | | | **Subtotal** | | 34,461.76 | 0.00 | |
| | | | Less: Payments to Debtors | | | 30,000.00 | |
| | | | **NET Receipts / Disbursements** | | **$34,461.76** | **$-30,000.00** | |

{} Asset reference(s)

Printed: 10/26/2012 09:59 AM    V.13.04

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| **Case Number:** | 08-71439 | | **Trustee:** | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| **Case Name:** | KOCENT, MICHAEL Z | | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | KOCENT, JUDITH A | | **Account:** | \*\*\*-\*\*\*\*\*67-66 - Checking Account |
| **Taxpayer ID #:** | \*\*-\*\*\*4438 | | **Blanket Bond:** | $820,095.60 (per case limit) |
| **Period Ending:** | 10/26/12 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/27/09 | | From Account #\*\*\*\*\*\*\*\*6765 | Per Ct. Order of 1/21 - re: reimbursement to Debtors for rent | 9999-000 | 1,900.00 | | 1,900.00 |
| 01/27/09 | 101 | Michael and Judith Kocent | Reimbursed rent - per court order of 1/21/09 | 2410-002 | | 1,900.00 | 0.00 |
| 06/05/09 | | From Account #\*\*\*\*\*\*\*\*6765 | Bond premium pymt | 9999-000 | 25.88 | | 25.88 |
| 06/05/09 | 102 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/05/2009 FOR CASE #08-71439, Bond #016018067 | 2300-000 | | 25.88 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 1,925.88 | 1,925.88 | $0.00 |
| | | | Less: Bank Transfers | | 1,925.88 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 1,925.88 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$1,925.88** | |

{} Asset reference(s)    Printed: 10/26/2012 09:59 AM    V.13.04

## FORM 2
### Cash Receipts And Disbursements Record

Page: 4

| Case Number: | 08-71439 | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | KOCENT, MICHAEL Z | | Bank Name: | The Bank of New York Mellon |
| | KOCENT, JUDITH A | | Account: | 9200-******67-65 - Checking Account |
| Taxpayer ID #: | **-***4438 | | Blanket Bond: | $820,095.60   (per case limit) |
| Period Ending: | 10/26/12 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********6765 | Wire in from JPMorgan Chase Bank, N.A. account ********6765 | 9999-000 | 32,535.88 | | 32,535.88 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.68 | | 32,536.56 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.94 | | 32,538.50 |
| 06/04/10 | | To Account #9200******6766 | Payment of bond premium | 9999-000 | | 26.97 | 32,511.53 |
| 06/08/10 | | To Account #9200******6766 | balance of bond premium | 9999-000 | | 2.08 | 32,509.45 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.87 | | 32,511.32 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.93 | | 32,513.25 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.93 | | 32,515.18 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.26 | | 32,515.44 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.27 | | 32,515.71 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.26 | | 32,515.97 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.27 | | 32,516.24 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.27 | | 32,516.51 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.24 | | 32,516.75 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.27 | | 32,517.02 |
| 04/21/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.17 | | 32,517.19 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 32,517.27 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.27 | | 32,517.54 |
| 06/01/11 | | To Account #9200******6766 | pay bond premium | 9999-000 | | 26.79 | 32,490.75 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.26 | | 32,491.01 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.27 | | 32,491.28 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 62.31 | 32,428.97 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.27 | | 32,429.24 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 75.54 | 32,353.70 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -2.23 | 32,355.93 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.26 | | 32,356.19 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 66.48 | 32,289.71 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.27 | | 32,289.98 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 64.14 | 32,225.84 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.26 | | 32,226.10 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 70.63 | 32,155.47 |
| 12/08/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.06 | | 32,155.53 |
| 12/08/11 | | To Account #9200******6766 | per JDO transfer $$ into one acct. | 9999-000 | | 32,155.53 | 0.00 |

Subtotals :    $32,548.24    $32,548.24

{} Asset reference(s)

Printed: 10/26/2012 09:59 AM    V.13.04

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 5

| **Case Number:** | 08-71439 | | **Trustee:** | JOSEPH D. OLSEN (330400) |
| --- | --- | --- | --- | --- |
| **Case Name:** | KOCENT, MICHAEL Z | | **Bank Name:** | The Bank of New York Mellon |
| | KOCENT, JUDITH A | | **Account:** | 9200-******67-65 - Checking Account |
| **Taxpayer ID #:** | **-***4438 | | **Blanket Bond:** | $820,095.60   (per case limit) |
| **Period Ending:** | 10/26/12 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | ACCOUNT TOTALS | | 32,548.24 | 32,548.24 | $0.00 |
| | | | Less: Bank Transfers | | 32,535.88 | 32,211.37 | |
| | | | **Subtotal** | | 12.36 | 336.87 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$12.36** | **$336.87** | |

Exhibit B

## Form 2

Page: 6

### Cash Receipts And Disbursements Record

**Case Number:** 08-71439  
**Case Name:** KOCENT, MICHAEL Z  
KOCENT, JUDITH A  
**Taxpayer ID #:** **-***4438  
**Period Ending:** 10/26/12

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******67-66 - Checking Account  
**Blanket Bond:** $820,095.60   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/04/10 | | From Account #9200******6765 | Payment of bond premium | 9999-000 | 26.97 | | 26.97 |
| 06/04/10 | 10103 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/04/2010 FOR CASE #08-71439, Bond premium #016018067 Voided on 06/07/10 | 2300-003 | | 26.97 | 0.00 |
| 06/07/10 | 10103 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/04/2010 FOR CASE #08-71439, Bond premium #016018067 Voided: check issued on 06/04/10 | 2300-003 | | -26.97 | 26.97 |
| 06/08/10 | | From Account #9200******6765 | balance of bond premium | 9999-000 | 2.08 | | 29.05 |
| 06/08/10 | 10104 | US Bankruptcy Court | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/08/2010 FOR CASE #08-71439, Bond premium #016018067 Voided on 06/08/10 | 2300-003 | | 29.05 | 0.00 |
| 06/08/10 | 10104 | US Bankruptcy Court | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/08/2010 FOR CASE #08-71439, Bond premium #016018067 Voided: check issued on 06/08/10 | 2300-003 | | -29.05 | 29.05 |
| 06/08/10 | 10105 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/08/2010 FOR CASE #08-71439, Bond Premium #016018067 | 2300-000 | | 29.05 | 0.00 |
| 06/01/11 | | From Account #9200******6765 | pay bond premium | 9999-000 | 26.79 | | 26.79 |
| 06/01/11 | 10106 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 05/31/2011 FOR CASE #08-71439, BOND #016018067 | 2300-000 | | 26.79 | 0.00 |
| 09/22/11 | {11} | Michael and Judith Kocent | Payout on P.I. claim | 1129-000 | 2,960.00 | | 2,960.00 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,935.00 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,910.00 |
| 12/08/11 | | From Account #9200******6765 | per JDO transfer $$ into one acct. | 9999-000 | 32,155.53 | | 35,065.53 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 54.43 | 35,011.10 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 76.53 | 34,934.57 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 69.19 | 34,865.38 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 71.44 | 34,793.94 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 68.92 | 34,725.02 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 78.28 | 34,646.74 |
| 06/05/12 | 10107 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/05/2012 FOR CASE #08-71439, #016018067 | 2300-000 | | 43.96 | 34,602.78 |

Subtotals :   $35,171.37   $568.59

{} Asset reference(s)

Printed: 10/26/2012 09:59 AM    V.13.04

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 7

**Case Number:** 08-71439  
**Case Name:** KOCENT, MICHAEL Z  
KOCENT, JUDITH A  
**Taxpayer ID #:** **-***4438  
**Period Ending:** 10/26/12

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******67-66 - Checking Account  
**Blanket Bond:** $820,095.60  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 68.57 | 34,534.21 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 75.48 | 34,458.73 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 72.96 | 34,385.77 |
| 09/20/12 | {11} | Michael and Judith Kocent | personal injury settlement | 1129-000 | 27,668.00 | | 62,053.77 |
| | | | **ACCOUNT TOTALS** | | 62,839.37 | 785.60 | **$62,053.77** |
| | | | Less: Bank Transfers | | 32,211.37 | 0.00 | |
| | | | **Subtotal** | | **30,628.00** | **785.60** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$30,628.00** | **$785.60** | |

| | |
|---|---|
| Net Receipts : | 65,102.12 |
| Plus Gross Adjustments : | 117,066.83 |
| Less Payments to Debtor : | 30,000.00 |
| Less Other Noncompensable Items : | 1,900.00 |
| Net Estate : | $150,268.95 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****67-65** | 34,461.76 | -30,000.00 | 0.00 |
| **Checking # ***-*****67-66** | 0.00 | 1,925.88 | 0.00 |
| **Checking # 9200-******67-65** | 12.36 | 336.87 | 0.00 |
| **Checking # 9200-******67-66** | 30,628.00 | 785.60 | 62,053.77 |
| | **$65,102.12** | **$3,048.35** | **$62,053.77** |

{} Asset reference(s)

# Claims Proposed Distribution

## Case:  08-71439   KOCENT, MICHAEL Z

**Case Balance:** $62,053.77    **Total Proposed Payment:** $62,053.77    **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---:|---:|---:|---:|---:|---:|
|  | JOSEPH D. OLSEN <2200-00  Trustee Expenses> | Admin Ch. 7 | 689.68 | 689.68 | 0.00 | 689.68 | 689.68 | 61,364.09 |
|  | JOSEPH D. OLSEN <2100-00  Trustee Compensation> | Admin Ch. 7 | 10,763.45 | 10,763.45 | 0.00 | 10,763.45 | 10,763.45 | 50,600.64 |
|  | Yalden, Olsen & Willette <3110-00  Attorney for Trustee Fees (Trustee Firm)> | Admin Ch. 7 | 4,084.50 | 4,084.50 | 0.00 | 4,084.50 | 4,084.50 | 46,516.14 |
| 11P | Internal Revenue Service | Priority | 173.48 | 173.48 | 0.00 | 173.48 | 173.48 | 46,342.66 |
| 1 | Discover Bank/DFS Services LLC | Unsecured | 2,616.69 | 2,616.69 | 0.00 | 2,616.69 | 478.74 | 45,863.92 |
| 2 | CHASE BANK USA | Unsecured | 501.00 | 501.00 | 0.00 | 501.00 | 91.67 | 45,772.25 |
| 3 | Chase Bank USA, NA | Unsecured | 13,059.90 | 13,059.90 | 0.00 | 13,059.90 | 2,389.36 | 43,382.89 |
| 4 | American Express Centurion Bank | Unsecured | 2,926.42 | 2,926.42 | 0.00 | 2,926.42 | 535.40 | 42,847.49 |
| 5 | American Express Centurion Bank | Unsecured | 1,043.38 | 1,043.38 | 0.00 | 1,043.38 | 190.89 | 42,656.60 |
| 6 | American Express Centurion Bank | Unsecured | 8,552.72 | 8,552.72 | 0.00 | 8,552.72 | 1,564.76 | 41,091.84 |
| 7 | American Express Bank FSB | Unsecured | 1,660.06 | 1,660.06 | 0.00 | 1,660.06 | 303.72 | 40,788.12 |
| 8 | Wells Fargo Bank, NA | Unsecured | 53,785.43 | 53,785.43 | 0.00 | 53,785.43 | 9,840.27 | 30,947.85 |
| 9 | Bank of America | Unsecured | 48,697.54 | 48,697.54 | 0.00 | 48,697.54 | 8,909.42 | 22,038.43 |
| 10 | American Express Centurion Bank | Unsecured | 32,856.97 | 32,856.97 | 0.00 | 32,856.97 | 6,011.32 | 16,027.11 |
| 11U | Internal Revenue Service | Unsecured | 73.59 | 73.59 | 0.00 | 73.59 | 13.46 | 16,013.65 |
| 12 | US Bank Corp/Retail Payment Solutions | Unsecured | 5,085.03 | 5,085.03 | 0.00 | 5,085.03 | 930.33 | 15,083.32 |
| 13 | FIA Card Services, N.A. | Unsecured | 12,725.51 | 12,725.51 | 0.00 | 12,725.51 | 2,328.19 | 12,755.13 |
| 14 | FIA Card Services, N.A. | Unsecured | 23,197.10 | 23,197.10 | 0.00 | 23,197.10 | 4,244.01 | 8,511.12 |
| 15 | FIA Card Services, N.A. | Unsecured | 4,100.99 | 4,100.99 | 0.00 | 4,100.99 | 750.29 | 7,760.83 |
| 16 | Pra Receivables Management, Llc | Unsecured | 42,419.53 | 42,419.53 | 0.00 | 42,419.53 | 7,760.83 | 0.00 |

# Claims Proposed Distribution

## Case:  08-71439   KOCENT, MICHAEL Z

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Case Balance:** | $62,053.77 | **Total Proposed Payment:** | $62,053.77 | | **Remaining Balance:** | $0.00 | |
| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
| | **Total for Case 08-71439 :** | | **$269,012.97** | **$269,012.97** | **$0.00** | **$269,012.97** | **$62,053.77** | |

### CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| **Total Administrative Claims :** | $15,537.63 | $15,537.63 | $0.00 | $15,537.63 | 100.000000% |
| **Total Priority Claims :** | $173.48 | $173.48 | $0.00 | $173.48 | 100.000000% |
| **Total Unsecured Claims :** | $253,301.86 | $253,301.86 | $0.00 | $46,342.66 | 18.295428% |

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 08-71439
Case Name: KOCENT, MICHAEL Z
Trustee Name: JOSEPH D. OLSEN

**Balance on hand:** $ 62,053.77

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 62,053.77

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOSEPH D. OLSEN | 10,763.45 | 0.00 | 10,763.45 |
| Trustee, Expenses - JOSEPH D. OLSEN | 689.68 | 0.00 | 689.68 |
| Attorney for Trustee, Fees - Yalden, Olsen & Willette | 4,084.50 | 0.00 | 4,084.50 |

Total to be paid for chapter 7 administration expenses: $ 15,537.63
Remaining balance: $ 46,516.14

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 46,516.14

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $173.48 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 11P | Internal Revenue Service | 173.48 | 0.00 | 173.48 |

**UST Form 101-7-TFR (05/1/2011)**

|   |   |
|---|---|
| Total to be paid for priority claims: | $ 173.48 |
| Remaining balance: | $ 46,342.66 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 253,301.86 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 18.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank/DFS Services LLC | 2,616.69 | 0.00 | 478.74 |
| 2 | CHASE BANK USA | 501.00 | 0.00 | 91.67 |
| 3 | Chase Bank USA, NA | 13,059.90 | 0.00 | 2,389.36 |
| 4 | American Express Centurion Bank | 2,926.42 | 0.00 | 535.40 |
| 5 | American Express Centurion Bank | 1,043.38 | 0.00 | 190.89 |
| 6 | American Express Centurion Bank | 8,552.72 | 0.00 | 1,564.76 |
| 7 | American Express Bank FSB | 1,660.06 | 0.00 | 303.72 |
| 8 | Wells Fargo Bank, NA | 53,785.43 | 0.00 | 9,840.27 |
| 9 | Bank of America | 48,697.54 | 0.00 | 8,909.42 |
| 10 | American Express Centurion Bank | 32,856.97 | 0.00 | 6,011.32 |
| 11U | Internal Revenue Service | 73.59 | 0.00 | 13.46 |
| 12 | US Bank Corp/Retail Payment Solutions | 5,085.03 | 0.00 | 930.33 |
| 13 | FIA Card Services, N.A. | 12,725.51 | 0.00 | 2,328.19 |
| 14 | FIA Card Services, N.A. | 23,197.10 | 0.00 | 4,244.01 |
| 15 | FIA Card Services, N.A. | 4,100.99 | 0.00 | 750.29 |
| 16 | Pra Receivables Management, Llc | 42,419.53 | 0.00 | 7,760.83 |

|   |   |
|---|---|
| Total to be paid for timely general unsecured claims: | $ 46,342.66 |
| Remaining balance: | $ 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00

Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00

Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**