**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: KOCENT, MICHAEL Z                §   Case No. 08-71439 | |
| KOCENT, JUDITH A                §  | |
|                §  | |
| Debtor(s)                §  | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
JOSEPH D. OLSEN                              , trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications,
which are summarized in the attached Summary of Trustee's Final Report and Applications
for Compensation.

   The complete Final Report and all applications for compensation are available for
inspection at the Office of the Clerk, at the following address:
    327 South Church Street, Room #1100
   Rockford, IL 61101

   Any person wishing to object to any fee application that has not already been approved or
to the Final Report, must file a written objection within 21 days from the mailing of this notice,
serve a copy of the objections upon the trustee, any party whose application is being challenged
and the United States Trustee.  A hearing on the fee applications and any objection to the Final
Report will be held at 09:30am on 12/12/2012 in Courtroom 3100, United States Courthouse,
327 South Court Street, #3100
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay
dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated :  10/25/2012            By:  /s/JOSEPH D. OLSEN
                   Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL  61104-2228
(815) 965-8635
JOlsenlaw@comcast.net

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | | |
|---|---|---|
| In re: KOCENT, MICHAEL Z | § | Case No. 08-71439 |
| KOCENT, JUDITH A | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 182,168.95 |
| *and approved disbursements of* | $ 120,115.18 |
| *leaving a balance on hand of* [1] | $ 62,053.77 |
| **Balance on hand:** | $ 62,053.77 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 62,053.77 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOSEPH D. OLSEN | 10,763.45 | 0.00 | 10,763.45 |
| Trustee, Expenses - JOSEPH D. OLSEN | 689.68 | 0.00 | 689.68 |
| Attorney for Trustee, Fees - Yalden, Olsen & Willette | 4,084.50 | 0.00 | 4,084.50 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 15,537.63 |
| Remaining balance: | $ 46,516.14 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

|  |  |  |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 46,516.14 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $173.48 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 11P | Internal Revenue Service | 173.48 | 0.00 | 173.48 |

|  |  |  |
|---|---|---|
| Total to be paid for priority claims: | $ | 173.48 |
| Remaining balance: | $ | 46,342.66 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 253,301.86 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 18.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank/DFS Services LLC | 2,616.69 | 0.00 | 478.74 |
| 2 | CHASE BANK USA | 501.00 | 0.00 | 91.67 |
| 3 | Chase Bank USA, NA | 13,059.90 | 0.00 | 2,389.36 |
| 4 | American Express Centurion Bank | 2,926.42 | 0.00 | 535.40 |
| 5 | American Express Centurion Bank | 1,043.38 | 0.00 | 190.89 |
| 6 | American Express Centurion Bank | 8,552.72 | 0.00 | 1,564.76 |
| 7 | American Express Bank FSB | 1,660.06 | 0.00 | 303.72 |
| 8 | Wells Fargo Bank, NA | 53,785.43 | 0.00 | 9,840.27 |
| 9 | Bank of America | 48,697.54 | 0.00 | 8,909.42 |
| 10 | American Express Centurion Bank | 32,856.97 | 0.00 | 6,011.32 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| 11U | Internal Revenue Service | 73.59 | 0.00 | 13.46 |
| 12 | US Bank Corp/Retail Payment Solutions | 5,085.03 | 0.00 | 930.33 |
| 13 | FIA Card Services, N.A. | 12,725.51 | 0.00 | 2,328.19 |
| 14 | FIA Card Services, N.A. | 23,197.10 | 0.00 | 4,244.01 |
| 15 | FIA Card Services, N.A. | 4,100.99 | 0.00 | 750.29 |
| 16 | Pra Receivables Management, Llc | 42,419.53 | 0.00 | 7,760.83 |

Total to be paid for timely general unsecured claims: $ 46,342.66
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/JOSEPH D. OLSEN
Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL  61104-2228
(815) 965-8635
JOlsenlaw@comcast.net

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                         United States Bankruptcy Court
                          Northern District of Illinois
In re:                                                    Case No. 08-71439-MB
Michael Z Kocent                                          Chapter 7
Judith A Kocent
        Debtors                  CERTIFICATE OF NOTICE
District/off: 0752-3          User: vgossett              Page 1 of 3                   Date Rcvd: Nov 02, 2012
                              Form ID: pdf006             Total Noticed: 43


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 04, 2012.
db/jdb        +Michael Z Kocent,    Judith A Kocent,    5506 Agatha Ln.,    McHenry, IL 60051-6281
12216277       AT& T Long Distance,    P.O. Box 9001309,    Louisville, KY 40290-1309
12216278      #AT&T,   P.O. Box 8100,    Aurora, IL 60507-8100
12216276       American Express,    P.O. Box 0001,    Los Angeles, CA 90096-0001
12502391       American Express Bank FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
12502388       American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
12216280       Bank Of America,    P.O. Box 37271,    Baltimore, MD 21297-3271
12216283      +Bank Of America,    P.O. Box 26078,    Greensboro, NC 27420-6078
12216282      +Bank Of America,    P.O. Box 22031,    Greensboro, NC 27420-2031
12520377       Bank of America,    MO8-050-01-17,    Attn: Amy R Kephart,    2001 NE 46th St,
                Kansas City MO 64116-2051
12216284       Beaulieu Group, LLC,    P.O. Box 1248,    Dalton, GA 30722-1248
12216285      +Capital One,    15000 Capital One Dr.,    Richmond, VA 23238-1119
12216286       Capital One,    P.O. Box 105131,    Atlanta, GA 30348-5131
12216275      +Charles T Reilly,    1303 N Richmond Road,    McHenry, IL 60050-1405
12216287       Chase Bank,    P.O. Box 9001871,    Louisville, KY 40290-1871
12480886       Chase Bank USA, NA,    PO BOX 15145,    Wilmington, DE 19850-5145
12216288       Chase Master Card,    P.O. Box 15153,    Wilmington, DE 19886-5153
12216289       Chase Master Card,    P.O. Box 15291,    Wilmington, DE 19886-5291
12681689      +FIA Card Services, N.A.,    Attn: Mr. M-BK,    1000 Samoset Drive,    DE5-023-03-03,
                Newark, DE 19713-6000
12216292       Floors To Go,    3471 Bonita Bay Blvd.,    Bonita Springs, FL 34134-4364
12505917       Grand Geneva Resort,    7036 Grand Geneva Way at Hwy 50E & 12,    POB 130,
                Lake Geneva, WI 53147-0130
12216293      +Harvard State Bank,    P.O. Box 40,    Harvard, IL 60033-0040
12216294       Home Depot Credit Services,    Processing Center,    Des Moines, IA 50364-0500
12216274      +Kocent Judith A,    5506 Agatha Ln,    McHenry, IL 60051-6281
12216273      +Kocent Michael Z,    5506 Agatha Ln,    McHenry, IL 60051-6281
12216297      +MRJC Enterprises, Inc.,    D/B/A Milk Pail Carpets,    343 S. Division,    Harvard, IL 60033-3211
12364684       Marcus Vacation Club,    P O Box 78843,    Phoenix, AZ 85062-8843
12216296       Menards,    P.O. Box 17602,    Baltimore, MD 21297-1602
12505918      +Orange Lake at Lake Grand Geneva,    7036 Grand Geneva Way at Hwy 50 E & 12,
                Lake Geneva, WI 53147-5105
12683611      +Pra Receivables Management, Llc,    As Agent Of Portfolio Recovery Assocs.,    c/o Capital One,
                POB 41067,    NORFOLK VA 23541-1067
12216298       Sam Ash Music,    P.O. Box 17602,    Baltimore, MD 21297-1602
12216300       US Bank,    P.O. Box 790167,    St. Louis, MO 63179-0167
12666311      +US Bank Corp/Retail Payment Solutions,    PO BOX 5229,    Cincinnati, Ohio 45201-5229
12216302       Wells Fargo,    P.O. Box 54349,    Los Angeles, CA 90054-0349
12513289      +Wells Fargo Bank,    BDD-Bankruptcy Dept,    P.O. BOX 53476,    Phoenix, AZ 85072-3476
12515863      +Wells Fargo Bank, NA,    100 W. Washington St.,    Phoenix, AZ 85003-1828

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
12477001      +E-mail/Text: bncmail@w-legal.com Nov 03 2012 00:07:52     CHASE BANK USA,
               C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
12216291       E-mail/PDF: mrdiscen@discoverfinancial.com Nov 03 2012 00:13:19      Discover Card,
               P.O. Box 30395,   Salt Lake City, UT 84130
12216290       E-mail/Text: customernoticeseast@dexone.com Nov 03 2012 00:06:29      Dex,   8519 Innovation Way,
               8519 Innovation Way,   Chicago, IL 60682-0085
12449040       E-mail/PDF: mrdiscen@discoverfinancial.com Nov 03 2012 00:13:19      Discover Bank/DFS Services LLC,
               PO Box 3025,   New Albany, OH 43054-3025
12216295       E-mail/Text: cio.bncmail@irs.gov Nov 03 2012 00:03:39     Internal Revenue Service,
               Department Of The Treasury,   P O Box 21126,    Philadelphia, PA 19114
12216299      +E-mail/Text: financialservicesbk@shawinc.com Nov 03 2012 00:06:17      Shaw Industries,
               12978 Collection Center Dr.,   Chicago, IL 60693-0129
12216301       E-mail/PDF: bankruptcyverizonwireless@afninet.com Nov 03 2012 00:11:57      Verizon,
               P.O. Box 25505,   Lehigh Valley, PA 18002-5505
                                                                                              TOTAL: 7

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12523325*      American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,   Malvern PA 19355-0701
12502389*      American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,   Malvern PA 19355-0701
12502390*      American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,   Malvern PA 19355-0701
12216281     ##Bank Of America,    P.O. Box 17309,    Baltimore, MD 21297-1309
12216279     ##Bank Of America,    P.O. Box 37279,    Baltimore, MD 21297-3279
                                                                                   TOTALS: 0, * 3, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

```
District/off: 0752-3           User: vgossett            Page 2 of 3              Date Rcvd: Nov 02, 2012
                               Form ID: pdf006           Total Noticed: 43
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 04, 2012**                    **Signature:** _Joseph Speetjens_

```
District/off: 0752-3          User: vgossett           Page 3 of 3              Date Rcvd: Nov 02, 2012
                              Form ID: pdf006          Total Noticed: 43
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 1, 2012 at the address(es) listed below:
              Charles T. Reilly    on behalf of Debtor Michael Kocent chuck8830@comcast.net
              Craig A Willette     on behalf of Trustee Joseph Olsen craigwillette@comcast.net
              Joseph D Olsen     Jolsenlaw@comcast.net, IL46@ECFCBIS.com
              Joseph D Olsen     on behalf of Trustee Joseph Olsen jolsenlaw@aol.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
                                                                                             TOTAL: 5