AMENDED
# Claims Proposed Distribution

## Case:  08-71439    KOCENT, MICHAEL Z

| Case Balance: | $186.94 | Total Proposed Payment: | $186.94 | Remaining Balance: | $0.00 |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
|  | JOSEPH D. OLSEN <2200-00 Trustee Expenses> | Admin Ch. 7 | 689.68 | 689.68 | 689.68 | 0.00 | 0.00 | 186.94 |
|  | JOSEPH D. OLSEN <2100-00 Trustee Compensation> | Admin Ch. 7 | 10,763.45 | 10,763.45 | 10,763.45 | 0.00 | 0.00 | 186.94 |
|  | Yalden, Olsen & Willette <3110-00 Attorney for Trustee Fees (Trustee Firm)> | Admin Ch. 7 | 4,084.50 | 4,084.50 | 4,084.50 | 0.00 | 0.00 | 186.94 |
| 11P | Internal Revenue Service | Priority | 173.48 | 0.00 | 0.00 | 0.00 | 0.00 | 186.94 |
| 1 | Discover Bank/DFS Services LLC | Unsecured | 2,616.69 | 2,616.69 | 478.74 | 2,137.95 | 1.94 | 185.00 |
| 2 | CHASE BANK USA | Unsecured | 501.00 | 501.00 | 91.67 | 409.33 | 0.36 | 184.64 |
| 3 | Chase Bank USA, NA | Unsecured | 13,059.90 | 13,059.90 | 2,389.36 | 10,670.54 | 9.65 | 174.99 |
| 4 | American Express Centurion Bank | Unsecured | 2,926.42 | 2,926.42 | 535.40 | 2,391.02 | 2.16 | 172.83 |
| 5 | American Express Centurion Bank | Unsecured | 1,043.38 | 1,043.38 | 190.89 | 852.49 | 0.77 | 172.06 |
| 6 | American Express Centurion Bank | Unsecured | 8,552.72 | 8,552.72 | 1,564.76 | 6,987.96 | 6.31 | 165.75 |
| 7 | American Express Bank FSB | Unsecured | 1,660.06 | 1,660.06 | 303.72 | 1,356.34 | 1.22 | 164.53 |
| 8 | Wells Fargo Bank, NA | Unsecured | 53,785.43 | 53,785.43 | 9,840.27 | 43,945.16 | 39.71 | 124.82 |
| 9 | Bank of America | Unsecured | 48,697.54 | 48,697.54 | 8,909.42 | 39,788.12 | 35.95 | 88.87 |
| 10 | American Express Centurion Bank | Unsecured | 32,856.97 | 32,856.97 | 6,011.32 | 26,845.65 | 24.26 | 64.61 |
| 11U | Internal Revenue Service | Unsecured | 73.59 | 0.00 | 0.00 | 0.00 | 0.00 | 64.61 |
| 12 | US Bank Corp/Retail Payment Solutions | Unsecured | 5,085.03 | 5,085.03 | 930.33 | 4,154.70 | 3.75 | 60.86 |
| 13 | FIA Card Services, N.A. | Unsecured | 12,725.51 | 12,725.51 | 2,328.19 | 10,397.32 | 9.39 | 51.47 |
| 14 | FIA Card Services, N.A. | Unsecured | 23,197.10 | 23,197.10 | 4,244.01 | 18,953.09 | 17.12 | 34.35 |
| 15 | FIA Card Services, N.A. | Unsecured | 4,100.99 | 4,100.99 | 750.29 | 3,350.70 | 3.03 | 31.32 |
| 16 | Pra Receivables Management, Llc | Unsecured | 42,419.53 | 42,419.53 | 7,760.83 | 34,658.70 | 31.32 | 0.00 |

# Claims Proposed Distribution

## Case: 08-71439   KOCENT, MICHAEL Z

| Case Balance: | $186.94 | Total Proposed Payment: | $186.94 | Remaining Balance: | $0.00 |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | Total for Case 08-71439 : | | $269,012.97 | $268,765.90 | $61,866.83 | $206,899.07 | $186.94 | |

## CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| Total Administrative Claims : | $15,537.63 | $15,537.63 | $15,537.63 | $0.00 | 100.000000% |
| Total Priority Claims : | $173.48 | $0.00 | $0.00 | $0.00 | 0.000000% |
| Total Unsecured Claims : | $253,301.86 | $253,228.27 | $46,329.20 | $186.94 | 18.369252% |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 08-71439
Case Name: KOCENT, MICHAEL Z
Trustee Name: JOSEPH D. OLSEN

**Balance on hand:** $ 186.94

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 186.94

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOSEPH D. OLSEN | 10,763.45 | 10,763.45 | 0.00 |
| Trustee, Expenses - JOSEPH D. OLSEN | 689.68 | 689.68 | 0.00 |
| Attorney for Trustee, Fees - Yalden, Olsen & Willette | 4,084.50 | 4,084.50 | 0.00 |

Total to be paid for chapter 7 administration expenses: $ 0.00
Remaining balance: $ 186.94

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 186.94

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 11P | Internal Revenue Service | 0.00 | 0.00 | 0.00 |

UST Form 101-7-TFR (05/1/2011)

|  |  |
|---|---|
| Total to be paid for priority claims: | $ 0.00 |
| Remaining balance: | $ 186.94 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 253,228.27 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 18.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank/DFS Services LLC | 2,616.69 | 478.74 | 1.94 |
| 2 | CHASE BANK USA | 501.00 | 91.67 | 0.36 |
| 3 | Chase Bank USA, NA | 13,059.90 | 2,389.36 | 9.65 |
| 4 | American Express Centurion Bank | 2,926.42 | 535.40 | 2.16 |
| 5 | American Express Centurion Bank | 1,043.38 | 190.89 | 0.77 |
| 6 | American Express Centurion Bank | 8,552.72 | 1,564.76 | 6.31 |
| 7 | American Express Bank FSB | 1,660.06 | 303.72 | 1.22 |
| 8 | Wells Fargo Bank, NA | 53,785.43 | 9,840.27 | 39.71 |
| 9 | Bank of America | 48,697.54 | 8,909.42 | 35.95 |
| 10 | American Express Centurion Bank | 32,856.97 | 6,011.32 | 24.26 |
| 11U | Internal Revenue Service | 0.00 | 0.00 | 0.00 |
| 12 | US Bank Corp/Retail Payment Solutions | 5,085.03 | 930.33 | 3.75 |
| 13 | FIA Card Services, N.A. | 12,725.51 | 2,328.19 | 9.39 |
| 14 | FIA Card Services, N.A. | 23,197.10 | 4,244.01 | 17.12 |
| 15 | FIA Card Services, N.A. | 4,100.99 | 750.29 | 3.03 |
| 16 | Pra Receivables Management, Llc | 42,419.53 | 7,760.83 | 31.32 |

|  |  |
|---|---|
| Total to be paid for timely general unsecured claims: | $ 186.94 |
| Remaining balance: | $ 0.00 |

UST Form 101-7-TFR (05/1/2011)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

UST Form 101-7-TFR (05/1/2011)