**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

In re: KOCENT, MICHAEL Z           § Case No. 08-71439
       KOCENT, JUDITH A            §
                                   §
Debtor(s)                          §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

   JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $42,835.00                    Assets Exempt: $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $116,831.62    Claims Discharged
                                                Without Payment: $206,712.13

Total Expenses of Administration: $35,337.33

---

   3) Total gross receipts of $ 182,168.95 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 30,000.00 (see **Exhibit 2**), yielded net receipts of $152,168.95 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $70,315.48 | $70,315.48 | $70,315.48 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 35,337.33 | 35,337.33 | 35,337.33 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 173.48 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 253,301.86 | 253,228.27 | 46,516.14 |
| **TOTAL DISBURSEMENTS** | $0.00 | $359,128.15 | $358,881.08 | $152,168.95 |

    4) This case was originally filed under Chapter 7 on May 07, 2008. The case was pending for 59 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/26/2013          By: /s/JOSEPH D. OLSEN
                                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Residence: 5506 Agatha Ln., McHenry, | 1110-000 | 151,500.00 |
| 2002 PI settlement from car accident $5,000.00/y | 1129-000 | 30,628.00 |
| Interest Income | 1270-000 | 40.95 |
| **TOTAL GROSS RECEIPTS** | | **$182,168.95** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Chicago Title & Trust Company | Homestead exemption | 8100-002 | 30,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$30,000.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Orange Lake At Lake Grand Geneva | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Grand Geneva Resort | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| | Chicago Title & Trust Company | 4700-000 | N/A | 75.75 | 75.75 | 75.75 |
| | Chicago Title & Trust Company | 4700-000 | N/A | 151.50 | 151.50 | 151.50 |
| | Chicago Title & Trust Company | 4700-000 | N/A | 2,749.33 | 2,749.33 | 2,749.33 |
| | Chicago Title & Trust Company | 4110-000 | N/A | 17,381.57 | 17,381.57 | 17,381.57 |
| | Chicago Title & Trust Company | 4110-000 | N/A | 47,805.92 | 47,805.92 | 47,805.92 |
| | Chicago Title & Trust Company | 4700-000 | N/A | 2,151.41 | 2,151.41 | 2,151.41 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$70,315.48** | **$70,315.48** | **$70,315.48** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH D. OLSEN | 2100-000 | N/A | 10,763.45 | 10,763.45 | 10,763.45 |
| JOSEPH D. OLSEN | 2200-000 | N/A | 689.68 | 689.68 | 689.68 |
| Yalden, Olsen & Willette | 3110-000 | N/A | 4,084.50 | 4,084.50 | 4,084.50 |
| Chicago Title & Trust Company | 3510-000 | N/A | 6,272.00 | 6,272.00 | 6,272.00 |
| Chicago Title & Trust Company | 2990-000 | N/A | 551.93 | 551.93 | 551.93 |
| Chicago Title & Trust Company | 2990-000 | N/A | 65.00 | 65.00 | 65.00 |
| Chicago Title & Trust Company | 2500-000 | N/A | 495.00 | 495.00 | 495.00 |
| Chicago Title & Trust Company | 2500-000 | N/A | 90.00 | 90.00 | 90.00 |
| Chicago Title & Trust Company | 2500-000 | N/A | 26.00 | 26.00 | 26.00 |
| Chicago Title & Trust Company | 2500-000 | N/A | 287.07 | 287.07 | 287.07 |
| Chicago Title & Trust Company | 2500-000 | N/A | 1,070.00 | 1,070.00 | 1,070.00 |
| Chicago Title & Trust Company | 2500-000 | N/A | 50.00 | 50.00 | 50.00 |
| Chicago Title & Trust Company | 2500-000 | N/A | 100.00 | 100.00 | 100.00 |
| Chicago Title & Trust Company | 2500-000 | N/A | 43.00 | 43.00 | 43.00 |
| Chicago Title & Trust Company | 2500-000 | N/A | 450.00 | 450.00 | 450.00 |
| Chicago Title & Trust Company | 2990-000 | N/A | 709.20 | 709.20 | 709.20 |
| Chicago Title & Trust Company | 2990-000 | N/A | 292.15 | 292.15 | 292.15 |
| Chicago Title & Trust Company | 2990-000 | N/A | 310.00 | 310.00 | 310.00 |
| Chicago Title & Trust Company | 2500-000 | N/A | 4,940.00 | 4,940.00 | 4,940.00 |
| Chicago Title & Trust Company | 3510-000 | N/A | 1,000.00 | 1,000.00 | 1,000.00 |
| Michael and Judith Kocent | 2410-002 | N/A | 1,900.00 | 1,900.00 | 1,900.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 25.88 | 25.88 | 25.88 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 29.05 | 29.05 | 29.05 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 26.79 | 26.79 | 26.79 |
| The Bank of New York Mellon | 2600-000 | N/A | 62.31 | 62.31 | 62.31 |
| The Bank of New York Mellon | 2600-000 | N/A | 73.31 | 73.31 | 73.31 |
| The Bank of New York Mellon | 2600-000 | N/A | 66.48 | 66.48 | 66.48 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 64.14 | 64.14 | 64.14 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| The Bank of New York Mellon | 2600-000 | N/A | 70.63 | 70.63 | 70.63 |
| The Bank of New York Mellon | 2600-000 | N/A | 54.43 | 54.43 | 54.43 |
| The Bank of New York Mellon | 2600-000 | N/A | 76.53 | 76.53 | 76.53 |
| The Bank of New York Mellon | 2600-000 | N/A | 69.19 | 69.19 | 69.19 |
| The Bank of New York Mellon | 2600-000 | N/A | 71.44 | 71.44 | 71.44 |
| The Bank of New York Mellon | 2600-000 | N/A | 68.92 | 68.92 | 68.92 |
| The Bank of New York Mellon | 2600-000 | N/A | 78.28 | 78.28 | 78.28 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 43.96 | 43.96 | 43.96 |
| The Bank of New York Mellon | 2600-000 | N/A | 68.57 | 68.57 | 68.57 |
| The Bank of New York Mellon | 2600-000 | N/A | 75.48 | 75.48 | 75.48 |
| The Bank of New York Mellon | 2600-000 | N/A | 72.96 | 72.96 | 72.96 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $35,337.33 | $35,337.33 | $35,337.33 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 11P | Internal Revenue Service | 5800-000 | N/A | 173.48 | 0.00 | 0.00 |
| NOTFILED | Grand Geneva Resort | 5200-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Orange Lake At Lake Grand Geneva | 5200-000 | unknown | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $173.48 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank/DFS Services LLC | 7100-000 | N/A | 2,616.69 | 2,616.69 | 480.68 |
| 2 | CHASE BANK USA | 7100-000 | N/A | 501.00 | 501.00 | 92.03 |
| 3 | Chase Bank USA, NA | 7100-000 | N/A | 13,059.90 | 13,059.90 | 2,399.01 |
| 4 | American Express Centurion Bank | 7100-000 | N/A | 2,926.42 | 2,926.42 | 537.56 |
| 5 | American Express Centurion Bank | 7100-000 | N/A | 1,043.38 | 1,043.38 | 191.66 |
| 6 | American Express Centurion Bank | 7100-000 | N/A | 8,552.72 | 8,552.72 | 1,571.07 |
| 7 | American Express Bank FSB | 7100-000 | N/A | 1,660.06 | 1,660.06 | 304.94 |
| 8 | Wells Fargo Bank, NA | 7100-000 | N/A | 53,785.43 | 53,785.43 | 9,879.98 |
| 9 | Bank of America | 7100-000 | N/A | 48,697.54 | 48,697.54 | 8,945.37 |
| 10 | American Express Centurion Bank | 7100-000 | N/A | 32,856.97 | 32,856.97 | 6,035.58 |
| 11U | Internal Revenue Service | 7100-000 | N/A | 73.59 | 0.00 | 0.00 |
| 12 | US Bank Corp/Retail Payment Solutions | 7100-000 | N/A | 5,085.03 | 5,085.03 | 934.08 |
| 13 | FIA Card Services, N.A. | 7100-000 | N/A | 12,725.51 | 12,725.51 | 2,337.58 |
| 14 | FIA Card Services, N.A. | 7100-000 | N/A | 23,197.10 | 23,197.10 | 4,261.13 |
| 15 | FIA Card Services, N.A. | 7100-000 | N/A | 4,100.99 | 4,100.99 | 753.32 |
| 16 | Pra Receivables Management, Llc | 7100-000 | N/A | 42,419.53 | 42,419.53 | 7,792.15 |
| NOTFILED | Orange Lake At Lake Grand Geneva | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Orange Lake At Lake Grand Geneva | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Grand Geneva Resort | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Grand Geneva Resort | 7100-000 | unknown | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$0.00** | **$253,301.86** | **$253,228.27** | **$46,516.14** |

**UST Form 101-7-TDR (10/1/2010)**

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-71439  
**Case Name:** KOCENT, MICHAEL Z  
KOCENT, JUDITH A  
**Period Ending:** 03/26/13

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 05/07/08 (f)  
**§341(a) Meeting Date:** 07/03/08  
**Claims Bar Date:** 10/19/08

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 1 acre vacant property located in Deming, | 600.00 | 0.00 | | 0.00 | FA |
| 2 | Residence: 5506 Agatha Ln., McHenry, | 180,000.00 | 68,000.00 | | 151,500.00 | FA |
| 3 | Cash on hand | 10.00 | 0.00 | | 0.00 | FA |
| 4 | Checking account with Fifth Third Bank in Fox La | 400.00 | 0.00 | | 0.00 | FA |
| 5 | Checking account with Harvard State Bank | 300.00 | 0.00 | | 0.00 | FA |
| 6 | Miscellaneous | 1,000.00 | 0.00 | | 0.00 | FA |
| 7 | Miscellaneous baseball cards | 200.00 | 0.00 | | 0.00 | FA |
| 8 | Clothing | 400.00 | 0.00 | | 0.00 | FA |
| 9 | Camera | 150.00 | 0.00 | | 0.00 | FA |
| 10 | American Family: Face amount $15,000.00 | 416.00 | 0.00 | | 0.00 | FA |
| 11 | 2002 PI settlement from car accident $5,000.00/y | 47,668.00 | 45,428.00 | | 30,628.00 | FA |
| 12 | 401K through Edward Jones | 6,955.00 | 0.00 | | 0.00 | FA |
| 13 | 401K through Edward Jones | 17,304.00 | 0.00 | | 0.00 | FA |
| 14 | 100 shares (100%) of stock in MRJC Enterprises, | 0.00 | 0.00 | | 0.00 | FA |
| 15 | 1992 Plymouth Voyager | 400.00 | 0.00 | | 0.00 | FA |
| 16 | 1998 Cadillac (127,000 miles) | 2,000.00 | 0.00 | | 0.00 | FA |
| 17 | 1999 Ford Taurus | 500.00 | 0.00 | | 0.00 | FA |
| 18 | 2003 Dutchman 26' Camper (towed-hard body). | 7,000.00 | 0.00 | | 0.00 | FA |
| 19 | 2004 Dodge Dakota (75,000 miles) | 4,800.00 | 0.00 | | 0.00 | FA |
| 20 | PC | 400.00 | 0.00 | | 0.00 | FA |
| 21 | Time share in Lake Geneva 1 wk/yr (amount unknow | 0.00 | Unknown | | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 40.95 | FA |
| 22 | **Assets   Totals** (Excluding unknown values) | **$270,503.00** | **$113,428.00** | | **$182,168.95** | **$0.00** |

**Major Activities Affecting Case Closing:**

Trustee has administered (2) assets, one being the sale of the homestead which has been completed and the other is a structured settlement whose payments extend out to the year 2012. All the proof of claims have been reviewed. Just waiting for the disposition of the structured settlement portion of the case. Trustee has a stipulation pending approval of the payor on structured settlement.

Printed: 03/26/2013 10:28 AM    V.13.13

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-71439  
**Case Name:** KOCENT, MICHAEL Z  
KOCENT, JUDITH A  
**Period Ending:** 03/26/13

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 05/07/08 (f)  
**§341(a) Meeting Date:** 07/03/08  
**Claims Bar Date:** 10/19/08

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):**  June 30, 2009    **Current Projected Date Of Final Report (TFR):**  November 1, 2012  (Actual)

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| **Case Number:** | 08-71439 | | **Trustee:** | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| **Case Name:** | KOCENT, MICHAEL Z | | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | KOCENT, JUDITH A | | **Account:** | ***-*****67-65 - Money Market Account |
| **Taxpayer ID #:** | **-***4438 | | **Blanket Bond:** | $820,095.60   (per case limit) |
| **Period Ending:** | 03/26/13 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 10/08/08 | | Chicago Title & Trust Company | Proceeds of sale of residence | | 34,433.17 | | 34,433.17 |
| | {2} | | 151,500.00 | 1110-000 | | | 34,433.17 |
| | | | commission -6,272.00 | 3510-000 | | | 34,433.17 |
| | | | Loan Fee -551.93 | 2990-000 | | | 34,433.17 |
| | | | Appraisal fee -65.00 | 2990-000 | | | 34,433.17 |
| | | | -495.00 | 2500-000 | | | 34,433.17 |
| | | | Tax service fee -90.00 | 2500-000 | | | 34,433.17 |
| | | | Flood check fee -26.00 | 2500-000 | | | 34,433.17 |
| | | | Closing fee -287.07 | 2500-000 | | | 34,433.17 |
| | | | Title Insurance -1,070.00 | 2500-000 | | | 34,433.17 |
| | | | Express delivery of documents -50.00 | 2500-000 | | | 34,433.17 |
| | | | Tax payment fee -100.00 | 2500-000 | | | 34,433.17 |
| | | | recording fee -43.00 | 2500-000 | | | 34,433.17 |
| | | | County taxes -75.75 | 4700-000 | | | 34,433.17 |
| | | | State tax -151.50 | 4700-000 | | | 34,433.17 |
| | | | Survey -450.00 | 2500-000 | | | 34,433.17 |
| | | | Sass Electric -709.20 | 2990-000 | | | 34,433.17 |
| | | | Plumbing & heating charges -292.15 | 2990-000 | | | 34,433.17 |
| | | | Septic inspection -310.00 | 2990-000 | | | 34,433.17 |
| | | | 07 taxes -2,749.33 | 4700-000 | | | 34,433.17 |
| | | | Homestead exemption -30,000.00 | 8100-002 | | | 34,433.17 |
| | | | Fee for DPA -4,940.00 | 2500-000 | | | 34,433.17 |
| | | | First mortgage - Harvard State Bank -17,381.57 | 4110-000 | | | 34,433.17 |
| | | | Second mortgage - Chase -47,805.92 | 4110-000 | | | 34,433.17 |
| | | | 1/1/08 - 9/30/08 county taxes -2,151.41 | 4700-000 | | | 34,433.17 |
| | | | earnest money - retained by broker -1,000.00 | 3510-000 | | | 34,433.17 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1200% | 1270-000 | 2.48 | | 34,435.65 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1000% | 1270-000 | 2.70 | | 34,438.35 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 2.44 | | 34,440.79 |
| 01/27/09 | | To Account #********6766 | Per Ct. Order of 1/21 - re: reimbursement to Debtors for rent | 9999-000 | | 1,900.00 | 32,540.79 |

Subtotals :    $34,440.79    $1,900.00

{} Asset reference(s)

Printed: 03/26/2013 10:28 AM    V.13.13

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 08-71439  
**Case Name:** KOCENT, MICHAEL Z  
KOCENT, JUDITH A  
**Taxpayer ID #:** **-***4438  
**Period Ending:** 03/26/13

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****67-65 - Money Market Account  
**Blanket Bond:** $820,095.60 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.39 | | 32,542.18 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.23 | | 32,543.41 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.41 | | 32,544.82 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.32 | | 32,546.14 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.28 | | 32,547.42 |
| 06/05/09 | | To Account #********6766 | Bond premium pymt | 9999-000 | | 25.88 | 32,521.54 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.41 | | 32,522.95 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.37 | | 32,524.32 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.37 | | 32,525.69 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.32 | | 32,527.01 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.32 | | 32,528.33 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.37 | | 32,529.70 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.37 | | 32,531.07 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.28 | | 32,532.35 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.23 | | 32,533.58 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.46 | | 32,535.04 |
| 04/20/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.84 | | 32,535.88 |
| 04/20/10 | | Wire out to BNYM account 9200******6765 | Wire out to BNYM account 9200******6765 | 9999-000 | -32,535.88 | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 1,925.88 | 1,925.88 | $0.00 |
| | | | Less: Bank Transfers | | -32,535.88 | 1,925.88 | |
| | | | **Subtotal** | | 34,461.76 | 0.00 | |
| | | | Less: Payments to Debtors | | | 30,000.00 | |
| | | | **NET Receipts / Disbursements** | | **$34,461.76** | **$-30,000.00** | |

{} Asset reference(s)

Printed: 03/26/2013 10:28 AM   V.13.13

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 08-71439  
**Case Name:** KOCENT, MICHAEL Z  
KOCENT, JUDITH A  
**Taxpayer ID #:** **-***4438  
**Period Ending:** 03/26/13

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****67-66 - Checking Account  
**Blanket Bond:** $820,095.60 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/27/09 | | From Account #********6765 | Per Ct. Order of 1/21 - re: reimbursement to Debtors for rent | 9999-000 | 1,900.00 | | 1,900.00 |
| 01/27/09 | 101 | Michael and Judith Kocent | Reimbursed rent - per court order of 1/21/09 | 2410-002 | | 1,900.00 | 0.00 |
| 06/05/09 | | From Account #********6765 | Bond premium pymt | 9999-000 | 25.88 | | 25.88 |
| 06/05/09 | 102 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/05/2009 FOR CASE #08-71439, Bond #016018067 | 2300-000 | | 25.88 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **1,925.88** | **1,925.88** | **$0.00** |
| | | | Less: Bank Transfers | | 1,925.88 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **1,925.88** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$1,925.88** | |

{} Asset reference(s)           Printed: 03/26/2013 10:28 AM    V.13.13

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

**Case Number:** 08-71439  
**Case Name:** KOCENT, MICHAEL Z  
KOCENT, JUDITH A  
**Taxpayer ID #:** **-***4438  
**Period Ending:** 03/26/13

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******67-65 - Checking Account  
**Blanket Bond:** $820,095.60  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********6765 | Wire in from JPMorgan Chase Bank, N.A. account ********6765 | 9999-000 | 32,535.88 | | 32,535.88 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.68 | | 32,536.56 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.94 | | 32,538.50 |
| 06/04/10 | | To Account #9200******6766 | Payment of bond premium | 9999-000 | | 26.97 | 32,511.53 |
| 06/08/10 | | To Account #9200******6766 | balance of bond premium | 9999-000 | | 2.08 | 32,509.45 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.87 | | 32,511.32 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.93 | | 32,513.25 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.93 | | 32,515.18 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.26 | | 32,515.44 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.27 | | 32,515.71 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.26 | | 32,515.97 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.27 | | 32,516.24 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.27 | | 32,516.51 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.24 | | 32,516.75 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.27 | | 32,517.02 |
| 04/21/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.17 | | 32,517.19 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 32,517.27 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.27 | | 32,517.54 |
| 06/01/11 | | To Account #9200******6766 | pay bond premium | 9999-000 | | 26.79 | 32,490.75 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.26 | | 32,491.01 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.27 | | 32,491.28 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 62.31 | 32,428.97 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.27 | | 32,429.24 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 75.54 | 32,353.70 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -2.23 | 32,355.93 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.26 | | 32,356.19 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 66.48 | 32,289.71 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.27 | | 32,289.98 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 64.14 | 32,225.84 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.26 | | 32,226.10 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 70.63 | 32,155.47 |
| 12/08/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.06 | | 32,155.53 |
| 12/08/11 | | To Account #9200******6766 | per JDO transfer $$ into one acct. | 9999-000 | | 32,155.53 | 0.00 |

Subtotals :   $32,548.24   $32,548.24

{} Asset reference(s)                                         Printed: 03/26/2013 10:28 AM    V.13.13

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

**Case Number:** 08-71439  
**Case Name:** KOCENT, MICHAEL Z  
KOCENT, JUDITH A  
**Taxpayer ID #:** **-***4438  
**Period Ending:** 03/26/13  

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******67-65 - Checking Account  
**Blanket Bond:** $820,095.60  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 32,548.24 | 32,548.24 | $0.00 |
| | | | Less: Bank Transfers | | 32,535.88 | 32,211.37 | |
| | | | **Subtotal** | | **12.36** | **336.87** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$12.36** | **$336.87** | |

{} Asset reference(s)

Printed: 03/26/2013 10:28 AM   V.13.13

Exhibit 9

## Form 2

## Cash Receipts And Disbursements Record

Page: 6

| Case Number: | 08-71439 | | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|---|
| Case Name: | KOCENT, MICHAEL Z | | | Bank Name: | The Bank of New York Mellon |
| | KOCENT, JUDITH A | | | Account: | 9200-******67-66 - Checking Account |
| Taxpayer ID #: | **-***4438 | | | Blanket Bond: | $820,095.60  (per case limit) |
| Period Ending: | 03/26/13 | | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/04/10 | | From Account #9200******6765 | Payment of bond premium | 9999-000 | 26.97 | | 26.97 |
| 06/04/10 | 10103 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/04/2010 FOR CASE #08-71439, Bond premium #016018067 Voided on 06/07/10 | 2300-003 | | 26.97 | 0.00 |
| 06/07/10 | 10103 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/04/2010 FOR CASE #08-71439, Bond premium #016018067 Voided: check issued on 06/04/10 | 2300-003 | | -26.97 | 26.97 |
| 06/08/10 | | From Account #9200******6765 | balance of bond premium | 9999-000 | 2.08 | | 29.05 |
| 06/08/10 | 10104 | US Bankruptcy Court | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/08/2010 FOR CASE #08-71439, Bond premium #016018067 Voided on 06/08/10 | 2300-003 | | 29.05 | 0.00 |
| 06/08/10 | 10104 | US Bankruptcy Court | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/08/2010 FOR CASE #08-71439, Bond premium #016018067 Voided: check issued on 06/08/10 | 2300-003 | | -29.05 | 29.05 |
| 06/08/10 | 10105 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/08/2010 FOR CASE #08-71439, Bond Premium #016018067 | 2300-000 | | 29.05 | 0.00 |
| 06/01/11 | | From Account #9200******6765 | pay bond premium | 9999-000 | 26.79 | | 26.79 |
| 06/01/11 | 10106 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 05/31/2011 FOR CASE #08-71439, BOND #016018067 | 2300-000 | | 26.79 | 0.00 |
| 09/22/11 | {11} | Michael and Judith Kocent | Payout on P.I. claim | 1129-000 | 2,960.00 | | 2,960.00 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,935.00 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,910.00 |
| 12/08/11 | | From Account #9200******6765 | per JDO transfer $$ into one acct. | 9999-000 | 32,155.53 | | 35,065.53 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 54.43 | 35,011.10 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 76.53 | 34,934.57 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 69.19 | 34,865.38 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 71.44 | 34,793.94 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 68.92 | 34,725.02 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 78.28 | 34,646.74 |
| 06/05/12 | 10107 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/05/2012 FOR CASE #08-71439, #016018067 | 2300-000 | | 43.96 | 34,602.78 |

Subtotals :        $35,171.37        $568.59

{} Asset reference(s)

Printed: 03/26/2013 10:28 AM    V.13.13

# Form 2

## Cash Receipts And Disbursements Record

Page: 7

**Case Number:** 08-71439
**Case Name:** KOCENT, MICHAEL Z
KOCENT, JUDITH A
**Taxpayer ID #:** **-***4438
**Period Ending:** 03/26/13

**Trustee:** JOSEPH D. OLSEN (330400)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******67-66 - Checking Account
**Blanket Bond:** $820,095.60  (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 68.57 | 34,534.21 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 75.48 | 34,458.73 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 72.96 | 34,385.77 |
| 09/20/12 | {11} | Michael and Judith Kocent | personal injury settlement | 1129-000 | 27,668.00 | | 62,053.77 |
| 12/12/12 | 10108 | Yalden, Olsen & Willette | Dividend paid 100.00% on $4,084.50, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 4,084.50 | 57,969.27 |
| 12/12/12 | 10109 | JOSEPH D. OLSEN | Dividend paid 100.00% on $689.68, Trustee Expenses;  Reference: | 2200-000 | | 689.68 | 57,279.59 |
| 12/12/12 | 10110 | JOSEPH D. OLSEN | Dividend paid 100.00% on $10,763.45, Trustee Compensation;  Reference: | 2100-000 | | 10,763.45 | 46,516.14 |
| 12/12/12 | 10111 | Discover Bank/DFS Services LLC | Dividend paid 18.29% on $2,616.69; Claim# 1; Filed: $2,616.69; Reference: | 7100-000 | | 478.74 | 46,037.40 |
| 12/12/12 | 10112 | CHASE BANK USA | Dividend paid 18.29% on $501.00; Claim# 2; Filed: $501.00; Reference: | 7100-000 | | 91.67 | 45,945.73 |
| 12/12/12 | 10113 | Chase Bank USA, NA | Dividend paid 18.29% on $13,059.90; Claim# 3; Filed: $13,059.90; Reference: | 7100-000 | | 2,389.36 | 43,556.37 |
| 12/12/12 | 10114 | American Express Bank FSB | Dividend paid 18.29% on $1,660.06; Claim# 7; Filed: $1,660.06; Reference: | 7100-000 | | 303.72 | 43,252.65 |
| 12/12/12 | 10115 | Wells Fargo Bank, NA | Dividend paid 18.29% on $53,785.43; Claim# 8; Filed: $53,785.43; Reference: | 7100-000 | | 9,840.27 | 33,412.38 |
| 12/12/12 | 10116 | Bank of America | Dividend paid 18.29% on $48,697.54; Claim# 9; Filed: $48,697.54; Reference: | 7100-000 | | 8,909.42 | 24,502.96 |
| 12/12/12 | 10117 | US Bank Corp/Retail Payment Solutions | Dividend paid 18.29% on $5,085.03; Claim# 12; Filed: $5,085.03; Reference: | 7100-000 | | 930.33 | 23,572.63 |
| 12/12/12 | 10118 | Pra Receivables Management, Llc | Dividend paid 18.29% on $42,419.53; Claim# 16; Filed: $42,419.53; Reference: | 7100-000 | | 7,760.83 | 15,811.80 |
| 12/12/12 | 10119 | American Express Centurion Bank | Combined Check for Claims#4,5,6,10 | | | 8,302.37 | 7,509.43 |
| | | | Dividend paid 18.29%    535.40 on $2,926.42;  Claim# 4; Filed: $2,926.42 | 7100-000 | | | 7,509.43 |
| | | | Dividend paid 18.29%    190.89 on $1,043.38;  Claim# 5; Filed: $1,043.38 | 7100-000 | | | 7,509.43 |
| | | | Dividend paid 18.29%    1,564.76 on $8,552.72;  Claim# 6; Filed: $8,552.72 | 7100-000 | | | 7,509.43 |
| | | | Dividend paid 18.29%    6,011.32 on $32,856.97;  Claim# 10; Filed: $32,856.97 | 7100-000 | | | 7,509.43 |
| | | | Subtotals : | | $27,668.00 | $54,761.35 | |

{} Asset reference(s)

Printed: 03/26/2013 10:28 AM    V.13.13

Exhibit 9

# Form 2

Page: 8

## Cash Receipts And Disbursements Record

| **Case Number:** | 08-71439 | | **Trustee:** | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| **Case Name:** | KOCENT, MICHAEL Z | | **Bank Name:** | The Bank of New York Mellon |
| | KOCENT, JUDITH A | | **Account:** | 9200-******67-66 - Checking Account |
| **Taxpayer ID #:** | **-***4438 | | **Blanket Bond:** | $820,095.60  (per case limit) |
| **Period Ending:** | 03/26/13 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/12/12 | 10120 | FIA Card Services, N.A. | Combined Check for Claims#13,14,15 | | | 7,322.49 | 186.94 |
| | | | Dividend paid  18.29%  2,328.19 on $12,725.51;  Claim# 13; Filed: $12,725.51 | 7100-000 | | | 186.94 |
| | | | Dividend paid  18.29%  4,244.01 on $23,197.10;  Claim# 14; Filed: $23,197.10 | 7100-000 | | | 186.94 |
| | | | Dividend paid  18.29%  750.29 on $4,100.99;  Claim# 15; Filed: $4,100.99 | 7100-000 | | | 186.94 |
| 12/12/12 | 10121 | Internal Revenue Service | Combined Check for Claims#11U,11P Voided on 01/21/13 | 5800-003 | | 186.94 | 0.00 |
| 01/21/13 | 10121 | Internal Revenue Service | Combined Check for Claims#11U,11P Voided: check issued on 12/12/12 | 5800-003 | | -186.94 | 186.94 |
| 01/29/13 | | TRANSFER TO 0001033040088 20130129 | TRANSFER TO 0001033040088 20130129 | 9999-000 | | ! 186.94 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 62,839.37 | 62,839.37 | **$0.00** |
| | | | Less: Bank Transfers | | 32,211.37 | 186.94 | |
| | | | **Subtotal** | | **30,628.00** | **62,652.43** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$30,628.00** | **$62,652.43** | |

## Form 2

### Cash Receipts And Disbursements Record

Page: 9

**Case Number:** 08-71439
**Case Name:** KOCENT, MICHAEL Z
KOCENT, JUDITH A
**Taxpayer ID #:** **-***4438
**Period Ending:** 03/26/13

**Trustee:** JOSEPH D. OLSEN (330400)
**Bank Name:** Rabobank, N.A.
**Account:** ****046066 - Checking Account
**Blanket Bond:** $820,095.60  (per case limit)
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/30/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 186.94 | | 186.94 |
| 01/31/13 | 20122 | Chase Bank USA, NA | Dividend paid 18.36% on $13,059.90; Claim# 3; Filed: $13,059.90; Reference: | 7100-000 | | 9.65 | 177.29 |
| 01/31/13 | 20123 | Wells Fargo Bank, NA | Dividend paid 18.36% on $53,785.43; Claim# 8; Filed: $53,785.43; Reference: | 7100-000 | | 39.71 | 137.58 |
| 01/31/13 | 20124 | Bank of America | Dividend paid 18.36% on $48,697.54; Claim# 9; Filed: $48,697.54; Reference: | 7100-000 | | 35.95 | 101.63 |
| 01/31/13 | 20125 | Pra Receivables Management, Llc | Dividend paid 18.36% on $42,419.53; Claim# 16; Filed: $42,419.53; Reference: | 7100-000 | | 31.32 | 70.31 |
| 01/31/13 | 20126 | U.S. Bankruptcy Court | COMBINED SMALL CHECK | | | 7.27 | 63.04 |
| | | | Dividend paid 18.36% on $2,616.69;  Claim# 1; Filed: $2,616.69 | 1.94 | 7100-000 | | 63.04 |
| | | | Dividend paid 18.36% on $501.00;  Claim# 2; Filed: $501.00 | 0.36 | 7100-000 | | 63.04 |
| | | | Dividend paid 18.36% on $1,660.06;  Claim# 7; Filed: $1,660.06 | 1.22 | 7100-000 | | 63.04 |
| | | | Dividend paid 18.36% on $5,085.03;  Claim# 12; Filed: $5,085.03 | 3.75 | 7100-000 | | 63.04 |
| 01/31/13 | 20127 | American Express Centurion Bank | Combined Check for Claims#4,5,6,10 | | | 33.50 | 29.54 |
| | | | Dividend paid 18.36% on $2,926.42;  Claim# 4; Filed: $2,926.42 | 2.16 | 7100-000 | | 29.54 |
| | | | Dividend paid 18.36% on $1,043.38;  Claim# 5; Filed: $1,043.38 | 0.77 | 7100-000 | | 29.54 |
| | | | Dividend paid 18.36% on $8,552.72;  Claim# 6; Filed: $8,552.72 | 6.31 | 7100-000 | | 29.54 |
| | | | Dividend paid 18.36% on $32,856.97;  Claim# 10; Filed: $32,856.97 | 24.26 | 7100-000 | | 29.54 |
| 01/31/13 | 20128 | FIA Card Services, N.A. | Combined Check for Claims#13,14,15 | | | 29.54 | 0.00 |
| | | | Dividend paid 18.36% on $12,725.51; Claim# | 9.39 | 7100-000 | | 0.00 |

Subtotals :    $186.94    $186.94

{} Asset reference(s)

Printed: 03/26/2013 10:28 AM    V.13.13

Exhibit 9

# Form 2

Page: 10

## Cash Receipts And Disbursements Record

**Case Number:** 08-71439  
**Case Name:** KOCENT, MICHAEL Z  
KOCENT, JUDITH A  
**Taxpayer ID #:** **-***4438  
**Period Ending:** 03/26/13

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****046066 - Checking Account  
**Blanket Bond:** $820,095.60 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| | | | 13; Filed: $12,725.51 | | | | | |
| | | | Dividend paid 18.36%<br>on $23,197.10; Claim#<br>14; Filed: $23,197.10 | 17.12 | 7100-000 | | | 0.00 |
| | | | Dividend paid 18.36%<br>on $4,100.99; Claim#<br>15; Filed: $4,100.99 | 3.03 | 7100-000 | | | 0.00 |
| | | | **ACCOUNT TOTALS** | | | 186.94 | 186.94 | $0.00 |
| | | | Less: Bank Transfers | | | 186.94 | 0.00 | |
| | | | **Subtotal** | | | 0.00 | 186.94 | |
| | | | Less: Payments to Debtors | | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | | **$0.00** | **$186.94** | |

| | |
|---|---:|
| Net Receipts : | 65,102.12 |
| Plus Gross Adjustments : | 117,066.83 |
| Less Payments to Debtor : | 30,000.00 |
| Less Other Noncompensable Items : | 1,900.00 |
| Net Estate : | $150,268.95 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---:|---:|---:|
| MMA # ***-*****67-65 | 34,461.76 | -30,000.00 | 0.00 |
| Checking # ***-*****67-66 | 0.00 | 1,925.88 | 0.00 |
| Checking # 9200-******67-65 | 12.36 | 336.87 | 0.00 |
| Checking # 9200-******67-66 | 30,628.00 | 62,652.43 | 0.00 |
| Checking # ****046066 | 0.00 | 186.94 | 0.00 |
| | **$65,102.12** | **$65,102.12** | **$0.00** |

{} Asset reference(s)

Printed: 03/26/2013 10:28 AM    V.13.13